

**Entered on Docket
September 14, 2009**



_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
3130 S. Rainbow Blvd., Ste. 304
Las Vegas, Nevada 89146
*Attorney for Debtors*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | CASE NO.: BK-S 09-19001-MKN |
|---|---|
| JACOBS, SCOTT EMMIT | IN CHAPTER 13 PROCEEDINGS |
| JACOBS, AMY LYNN | Hearing Date: 8/20/2009 |
| Debtors, | Hearing Time: 3:30 P.M. |

### ORDER RE: MOTION TO CONVERT TO CHAPTER 11

THIS MATTER having come on for hearing this 20th day of August, 2009, CHARLES T. WRIGHT, ESQ., having appeared, based upon the papers and pleadings on file herein, and any oral arguments presented;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Convert from Chapter 13 to Chapter 11 is hereby granted.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
    CHARLES T. WRIGHT, ESQ.
    Nevada Bar No. 10285
    3130 S. Rainbow Blvd., Ste. 304
    Las Vegas, Nevada 89146
    *Attorney for Debtors*

_____
Approved by:

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

    ____ The Court waived the requirements of LR 9021.

    ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

    __X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved:

Disapproved:

Failed to Respond:

2